UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

In re:
ANGEL GONZALEZ-RUBIO AND                    Case No. 12-19917-LMI
CLAUDIA LUCIA AMADOR
Debtors
_____/            Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent via certified mail on this 1ST day of June 2012 to all parties on the attached service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
900 W 49th Street, Ste 500
Hialeah, FL 33012
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161

Nancy Herkert, Trustee
ECF Registered User

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation                 Bank of America Corporation
CT Corporation System, R.A.                 Brian T. Moynihan, CEO
1200 South Pine Island Road                 401 N Tryon ST, NC1-021-02-20
Plantation, FL 33324                        Charlotte, NC 28255

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100