UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 12-19917

IN RE:
Angel G Rubio
Claudia Amador
    Debtor
_____/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 14 FILED BY Capital Bank

IMPORTANT NOTICE TO CREDITORS

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**
    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**
    **If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**
    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| Claim # | Name of Claimant | Recommended Disposition |
|---|---|---|
| 14 | Capital Bank. | Strike and Disallow: The Creditor is returning funds to the Trustee stating that the claim is paid in satisfied.. |

LF-25 (rev. 12/01/15)

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/
☐ Adisley Cortez-Rodriguez, Esq.
FLORIDA BAR NO: 0091727
■ Amy Carrington, Esq.
FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
FLORIDA BAR NO: 0077539

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 14 was served through NEF on debtor's attorney and by US First Class Mail to:

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712


by certified mail (7015 1730 00013929 1722) to

Richard Fairbank, CEO
Capital One Bank, NA
4851 Cox Road
Glen Allen, VA 23060

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

LF-25 (rev. 12/01/15)



**SunTrust Lockbox Services**

**Individual Batch Report**

13 Neidich, Nancy     2099     10/14/2014

Check No: 23040997 Acct No: 00537975 Amount: $10.95 Batch: 909 Transaction: 2 Image: 1

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND. THE REVERSE SIDE OF THIS DOCUMENT SHOWS A LIST OF SECURITY FEATURES.

CapitalOne  
CAPITAL ONE ATTN: GENERAL CORRESPONDENCE  
PO BOX 30285  
SALT LAKE CITY, UT 84130-0285

Deutsche Bank Trust Company Delaware

23040997  
62-38/311

MEMO: ANGEL GONZALEZ CS1219917 CK652042  
ACCOUNT NUMBER ENDING IN: 7777

PAY EXACTLY: Ten Dollars And 95 Cents

DATE: 09/29/14

$ ********10.95

VOID AFTER 180 DAYS  
1694576446

TO THE ORDER OF

000076-000076  
NANCY K. NEIDICH TRUSTEE  
PO BOX 279806  
MIRAMAR, FL 33027-9806

12-19917   CLM-30

⑈23040997⑈ ⑆031100380⑈   00537975⑈